Argued and submitted April 7, affirmed August 6, 2003

SAIF CORPORATION
and Crandall Enterprises, Inc.,
*Petitioners,*

*v.*

Turner WHITFIELD,
Donald Osborn, OTC,
and Department of Consumer and Business Services,
*Respondents.*

SAIF CORPORATION
and MWV, Community Action Agency, Inc.,
*Petitioners,*

*v.*

Donald OSBORN, OTC,
and Department of Consumer and Business Services,
*Respondents.*

H00-005, H00-007;
A116581 (Control), A116582
(Cases Consolidated)

74 P3d 1093

Jerome P. Larkin argued the cause and filed the briefs for petitioners.

Judy C. Lucas, Assistant Attorney General, argued the cause for respondent Department of Consumer and Business Services. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Robert D. Carlson waived appearance for respondent Turner Whitfield.

Aaron Clingerman waived appearance for respondent Donald Osborn.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

Affirmed. *SAIF v. Eller*, 189 Or App 113, 74 P3d 1093 (2003).